IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD JOHN MCGURL, | : | |
| Petitioner | : | |
| v. | : | CIVIL ACTION NO. 3:18-CV-2176 |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | (Judge Caputo) |
| Respondents | : | |

**O R D E R**

**AND NOW**, this **23rd** day of **JANUARY 2019**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. Mr. McGurl's motion to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2. The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED** without prejudice.

3. A certificate of appealability is **DENIED**. 28 U.S.C. 2253(c).

4. The Clerk of Court is directed to **CLOSE** this case.

          /s/ A. Richard Caputo
          **A. RICHARD CAPUTO**
          **United States District Judge**